UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**FILED**
CHARLOTTE, NC

MAY 23 2012

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. **3:12CR188-FDW** |
| ) | |
| v. ) | **ORDER UNSEALING** |
| ) | **INDICTMENT** |
| (1) JAMES ANDERSON ) | |
|     A/K/A "STANK" ) | |
| (2) ALAN BOYD DONTA BARNETT ) | |
|     A/K/A "BIG AL" ) | |
| (3) ERIC EUGENE BRICE ) | |
|     A/K/A "BUG" ) | |
|     A/K/A "DOODLE BUG" ) | |
| (4) TRAVIS LAMAR BRICE ) | |
|     A/K/A "TRAP" ) | |
| (5) QUINTON LAVAR BROWN ) | |
|     A/K/A "QP" ) | |
|     A/K/A "QB" ) | |
| (6) RAFAS GENE CAMP ) | |
|     A/K/A "TICK" ) | |
| (7) JOSTON JAMAL CLEMMER ) | |
|     A/K/A "ACE" ) | |
| (8) KEMMEY NICOLE COOKE ) | |
|     A/K/A "GANGSTA WU" ) | |
| (9) JAIMEL KENZIE DAVIDSON ) | |
|     A/K/A "I-SHINE" ) | |
| (10) WESLEY TYLER FLOYD ) | |
|     A/K/A "WEST COAST" ) | |
| (11) DAVON YAKEEN FUTRELL ) | |
|     A/K/A "SMOOTH" ) | |
| (12) TRISTAN DAQUANE GOODE ) | |
|     A/K/A "BUCK" ) | |
| (13) NATHANIEL GRAHAM ) | |
|     A/K/A "NASTY" ) | |
| (14) JOSEPH DARNELL GRAY ) | |
|     A/K/A "KILLA" ) | |
| (15) DOMINQUE O'NEILL JACKSON ) | |
|     A/K/A "DJ" ) | |
| (16) JIMMY LIONELL JONES ) | |
|     A/K/A "BUDDHIST" ) | |
|     A/K/A "BUDDHA" ) | |
| (17) WILLIAM AMIR KNOX ) | |

|  |  |
|---|---|
| A/K/A "POO NUK" | ) |
| (18) KENTRELL TYRONE McINTYRE | ) |
| A/K/A "MUSTAFA" | ) |
| (19) WILLIAM LEWIS DONTARS MEEKS | ) |
| A/K/A "WILLIE" | ) |
| A/K/A "ROCK" | ) |
| (20) KEVIN JEROME MORRIS | ) |
| A/K/A "KATO" | ) |
| (21) FRANKLIN ROBBS | ) |
| A/K/A "FRANKIE BOO" | ) |
| (22) MAURICE TERRELL ROBINSON | ) |
| A/K/A "HELL RELL" | ) |
| (23) ANDREW EUGENE STOWE | ) |
| A/K/A "COCO" | ) |
| (24) MARQUISE DESHAWN WATSON | ) |
| A/K/A "RAMBO" | ) |
| (25) MELINDA CHARMANE WATSON | ) |
| (26) DARYL WILKINSON | ) |
| A/K/A "OG POWERFUL" | ) |
| (27) SAMANTHA WILLIAMS | ) |
| A/K/A "SAMANTHA WILKINSON" | ) |
| A/K/A "LADY SAM" | ) |
| (28) PERRY GORONTENT WILLIAMS | ) |
| A/K/A "P-FLAME" | ) |
| A/K/A "FLAME" | ) |

UPON MOTION of the United States of America, by and through **Anne M. Tompkins**, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

This, the 23rd day of May, 2012.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE